ALESHIRE & WYNDER, LLP
JEFF M. MALAWY, State Bar No. 252428
  *jmalawy@awattorneys.com*
STEPHEN R. ONSTOT, State Bar No. 139319
  *sonstot@awattorneys.com*
ISAAC C. YOUNG, State Bar No. 334077
  *iyoung@awattorneys.com*
2361 Rosecrans Ave., Suite 475
El Segundo, California 90245
Telephone: (310) 527-6660
Facsimile: (310) 532-7395

Attorneys for DEFENDANT, CITY OF
LOMPOC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California nonprofit corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>CITY OF LOMPOC, a California municipality,<br><br>              Defendant. | Case No. **2:21-cv-01714 DMG (KSx)**<br><br>Assigned to:<br>District Judge: Dolly M. Gee<br>Magistrate Judge: Karen L. Stevenson<br>Ctrm: 8C<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

Plaintiff Environmental Defense Center ("Plaintiff") and Defendant City of Lompoc ("City") referred to collectively herein as the "Parties," hereby notify this Court the following:

WHEREAS, on August 22, 2022, counsel for City and counsel for EDC attended a joint mediation with intent to settle the above-captioned case.

WHEREAS, on August 22, 2022, as a result of the mediation, City and EDC came to an agreement as to preliminary settlement terms. Said terms were memorialized in a proposal submitted to both parties by the mediator.

WHEREAS, on September 6, 2022, the Lompoc City Council approved the settlement terms.

WHEREAS, on September 6, 2022, the EDC Board of Directors approved the settlement terms.

WHEREAS, the parties are drafting a consent judgment which they anticipate being executed by September 15.

WHEREAS, C.F.R. Section 135.5 requires an executed consent judgment to be submitted to the U.S. Department of Justice and U.S. Environmental Protection Agency for a 45-day review period prior to submitting same to the court.

THEREFORE, the parties anticipate submitting the proposed consent judgment to the court in November, 2022.


DATED:  September 8, 2022            ALESHIRE & WYNDER, LLP
                                    JEFF M. MALAWY
                                    STEPHEN R. ONSTOT
                                    ISAAC C. YOUNG



                                    By:  /s/ *Stephen Onstot*
                                         _____
                                         STEPHEN R. ONSTOT
                                         Attorneys for DEFENDANT, CITY OF
                                         LOMPOC

DATED:  September 8, 2022            LOZEAU DRURY LLP
                                    MICHAEL R. LOZEAU
                                    REBECCA L. DAVIS



                                    By:  /s/ *Rebecca Davis* (authorized 09/08/2022)
                                         _____
                                         REBECCA DAVIS
                                         Attorneys for PLAINTIFF,
                                         ENVIRONMENTAL DEFENSE CENTER

## PROOF OF SERVICE

**Environmental Defense Center v. City of Lompoc**
**USDC Central District - Case No.: 2:21-cv-01714 DMG (KSx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2361 Rosecrans Ave., Suite 475, El Segundo, CA 90245.

On September 8, 2022, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Michael R. Lozeau                    *Attorneys for Plaintiff*
*michael@lozeaudrury.com*            ENVIRONMENTAL            DEFENSE
Rebecca L. Davis                     CENTER
*rebecca@lozeaudrury.com*
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612

Tel: (510) 836-4200
Fax: (510) 836-4205

Linda J. Krop
*lkrop@environmentaldefensecenter.org*
Margaret M. Hall
*mhall@environmentaldefensecenter.org*
Alicia                    Roessler
*aroessler@environmentaldefensecenter.org*
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101

Tel: (805) 963-1622

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 8, 2022, at Los Angeles, California.

*Claire Evans*

_____
Claire Z. Evans