Michael R. Lozeau (State Bar No. 142893)
E-mail: michael@lozeaudrury.com
Rebecca L. Davis (State Bar No. 271662)
E-mail: rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

[Additional Counsel on following page]

Attorneys for Plaintiff
ENVIRONMENTAL DEFENSE CENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOMPOC, a California municipality,<br><br>Defendant. | Case No. 2:21-cv-01714-DMG-KS<br><br>**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**<br><br>Courtroom: 8C<br>Honorable Judge Dolly M. Gee |

1  Alicia I. Roessler (State Bar No. 219623)
   E-mail: aroessler@ environmentaldefensecenter.org
2  Margaret M. Hall (State Bar No. 293699)
   E-mail: mhall@environmentaldefensecenter.org
3  ENVIRONMENTAL DEFENSE CENTER
4  906 Garden Street
5  Santa Barbara, CA 93101
   Tel: (805) 963-1622
6
7  Attorneys for Plaintiff
   ENVIRONMENTAL DEFENSE CENTER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING OF
PROPOSED CONSENT DECREE                 2                    2:21-cv-01714 DMG (KSx)

Please take notice that Plaintiff Environmental Defense Center hereby lodges the Proposed Consent Decree reached by the parties in this case for approval and entry by the Court.

Respectfully submitted,

Dated: October 31, 2022

LOZEAU DRURY LLP

By:  /s/ Rebecca Davis
Rebecca L. Davis
Attorneys for Plaintiff Environmental Defense Center